DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for Plaintiff:
CYNTHIA HOPSON

SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Defendant:
Wendy's of the Pacific, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **WENDY'S OF THE PACIFIC INCORPORATED**, as an individual, and dba as "Wendy's", **TURNER ISLAND FARMS**, and, or, **TURNER ISLAND FARMS INCORPORATED**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.:   1:15-cv-00833-AWI-BAM <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> [Fed. R. Civ. P. 41] |

1

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully Submitted,

Dated:  August 3rd, 2015        /s/Daniel Malakauskas_____
By Daniel Malakauskas,
Attorney for Plaintiff,
CYNTHIA HOPSOPN

Dated:  August 3rd, 2015        /s/Scottlynn J. Hubbard IV_____
SCOTTLYNN J HUBBARD IV, of the,
DISABLED ADVOCACY GROUP, APLC
Attorneys for Defendant,
Wendy's of the Pacific, Inc.

### ORDER

**IT IS HEREBY ORDERED**, that this action be dismissed, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 11, 2015              _____
SENIOR  DISTRICT  JUDGE

2